RECEIVED
BY MAIL
JAN 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: Minessota | |
|---|---|---|
| Name of Movant: Steven Lamarre Holbrook | Prisoner No.: 05021-090 | Case No.: 01-357(ADM/AJB) CV05-201 ADM |
| Place of Confinement: U.S. Penitentiary, P.O. Box 7000, Florence, CO. 81226 | | |

UNITED STATES OF AMERICA V. Steven Lamarre Holbrook
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S. District Court District of Minnesota

2. Date of judgment of conviction June 6, 2002

3. Length of sentence One Hundred and Fifty one (151) months

4. Nature of offense involved (all counts) One Count Indictment Violation of 18 U.S.C. 2113(a), Bank Robbery

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐ N/A

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

SCANNED
JAN 3 1 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following: N/A

(a) Name of court

(b) Result

(c) Date of result

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes [X] No [ ]

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court U.S. District Court, District of Minnesota

(2) Nature of proceeding

Rule 33

(3) Grounds raised

Ineffective Assistance of Counsel

Lack of Investigation into Diminished Capacity

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ] No [X]

(5) Result Withdrew Motion

(6) Date of result 8/29/04

(b) As to any second petition, application or motion give the same information:

(1) Name of court U.S. District Court, District of Minnesota

(2) Name of proceeding

Rule 52(b) Coram Nobis

(3) Grounds raised

Ineffective Assistance of Counsel

Lack of Investigation into Diminished Capacity

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ] No [X]

(5) Result Denied

(6) Date of result 11/22/2004

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes [ ] No [X]

(2) Second petition, etc. Yes [ ] No [X]

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Because I was advised by this Court to submit 28 U.S.C. § 2255 on the form provided. This is the proper method of collaterally attacking my sentence in accordance with Federal Law.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law):

Movant was prejudiced by the objectively, unreasonable performance of counsel during the trial court process when counsel failed to alert the court of Mr. Holbrook's mental condition and history. See **Exhibit** pages 8-12.

B. Ground two: Lack of Investigation into "Diminished Capacity"

Supporting FACTS (state *briefly* without citing cases or law):

Counsel and the court failed to investigate Movant's mental condition once it was made aware that Movant suffers from Bi-Polar disorder. Once a psychological evaluation had been completed the Court would have been in the position to grant a "downward departure" based on the findings of "Diminished Capacity." This would have been fair and just. See pg. 7,8.

C. Ground three: Actual Innocence

Supporting FACTS (state *briefly* without citing cases or law):

Due to Movants Mental Illness and in accordance with the "ADA", the principle of due process and fundamental fairness is codified. Also, if Movant's mind is hindered due to mental illness, his mind is not there, and neither is he. See **Exhibit** pages 2,5.

AO 243 (Rev. 2/95)

D. Ground four: Unconstitutional, Illegal, Application of Enhancements

Supporting FACTS (state *briefly* without citing cases or law):

Due to recent Supreme Court ruling, enhancements in the federal sentencing guidelines have been declared unconstitutional and illegal. Movant was sentenced as a "career offender", and fits the criteria defined in recent Supreme Court ruling. See **Exhibit** page 13.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

Do not remember.

(b) At arraignment and plea

Ms. Manvir K. Atwal / 300 4th St. So. Ste. 107 Mpls. MN. 55415

(c) At trial

N/A

(d) At sentencing

Ms. Manvir K. Atwal / 300 4th St. So. Ste. 107 Mpls. MN. 55415

AO 243 (Rev. 2/95)

(e) On appeal N/A

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes [ ] No [X]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes [ ] No [X]

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes [ ] No [X]

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

N/A
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1-20-05
Date

Signature of Movant