CR 01-357 ADM/AJB
CV05-201 ADM

CERTIFICATE OF SERVICE

I, Steven Lamarre Holbrook, do hereby certify that on this 20th day of January, 2005, that I did provide service of the required copy of my **28 U.S.C. § 2255 Motion To Vacate, Set Aside, Or Correct Sentence...,** and the **Memorandum of Law In Support...,** by placing such in the Institution Legal Mailbox, located at U.S.P. Florence, Florence, Colorado, P.O. Box 7000 [81226]. Said Motion was mailed out with first-class postage, to the address listed below:

Assistant U.S. Attorney
Clifford B. Wardlaw
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN. 55415

Steven L. Holbrook

Steven Lamarre Holbrook
Reg. No. 05021-090
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado 81226

(Movant - Pro Se)