• AO 240 (Rev. 10/03) DC MODIFIED

RECEIVED BY MAIL JAN 3 1 2005 CLERK, US DIST. COURT ST. PAUL, MN

Clear Form

# UNITED STATES DISTRICT COURT

## District of Minnesota

STEVEN LAMARRE HOLBROOK
Plaintiff

V.

UNITED STATES OF AMERICA
RESPONDENT
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 01-357 (ADM)

I, Steven L. Holbrook declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC '1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes [ ] No (If ANo,@ go to Part 2)

   If AYes,@ state the place of your incarceration U.S. Penitentiary Florence, CO.

   Are you employed at the institution? YES Do you receive any payment from the institution? YES

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months= transactions.

2. Are you currently employed? N/A [ ] Yes [ ] No

   a. If the answer is AYes,@ state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is ANo,@ state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment [ ] Yes [X] No
   b. Rent payments, interest or dividends [ ] Yes [X] No
   c. Pensions, annuities or life insurance payments [ ] Yes [X] No
   d. Disability or workers compensation payments [ ] Yes [X] No
   e. Gifts or inheritances [ ] Yes [X] No
   f. Any other sources FAMILY [X] Yes [X] No

   If the answer to any of the above is AYes,@ describe, in item 7 on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? [ ] Yes [X] No

   If AYes,@ state the total amount(s). ______

SCANNED JAN 3 1 2005 U.S. DISTRICT COURT ST. PAUL

AO 240 Reverse (Rev. 10/03) DC MODIFIED

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

7. Additional information (include source descriptions from item 3):

I, Steven L. Holbrook declare, under penalty of perjury, that the above information is true and correct.

Date January 26, 2005 Signature of Applicant [signature]

## CERTIFICATE

**(Incarcerated applicants only)**

(To be completed by the institution of incarceration)

I, Kevin Grigsby, certify that the applicant named herein has the sum of $ $19.16 on account to his/her credit at (name of institution) USP Florence. I further certify that the applicant has the following securities to his/her credit: N/A.

I further certify that in the 6-month period immediately preceding the filing of the complaint/petition/motion or notice of appeal, the average monthly deposits to the prisoner=s account was $ N/A, and the average monthly balance in the prisoner=s account was $ $159.79.

1-26-05 [signature] Counselor

DATE SIGNATURE OF AUTHORIZED OFFICER