# Inmate Inquiry

PRINT

CR01-357 ADM

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05021090 | **Current Institution:** | Florence USP |
| **Inmate Name:** | HOLBROOK, STEVEN | **Housing Unit:** | D |
| **Report Date:** | 01/26/2005 | **Living Quarters:** | D04-223L |
| **Report Time:** | 7:19:47 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4555 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/4/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 1/24/2005 4:28:16 PM |
| Account Status: | Active |
| ITS Balance: | $0.16 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Unicor % | $0.00 | 50% |

## Account Balances

| | |
|---|---|
| Account Balance: | $19.16 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $19.16 |
| National 6 Months Deposits: | $1,204.39 |
| National 6 Months Withdrawals: | $1,185.97 |
| National 6 Months Avg Daily Balance: | $12.44 |
| Local Max. Balance - Prev. 30 Days: | $159.72 |
| Average Balance - Prev. 30 Days: | $16.23 |

SCANNED
JAN 31 2005
U.S. DISTRICT COURT ST. PAUL

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $111.40 |
| YTD Purchases: | $379.30 |
| Last Sales Date: | 1/13/2005 5:51:24 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $111.40 |
| Remaining Spending Limit: | $178.60 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

PRINT

# Inmate Statement

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05021090 | **Current Institution:** | Florence USP |
| **Inmate Name:** | HOLBROOK, STEVEN | **Housing Unit:** | D |
| **Report Date:** | 01/26/2005 | **Living Quarters:** | D04-223L |
| **Report Time:** | 7:20:08 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLP | 1/24/2005 4:28:16 PM | ITS0124 | | | ITS Withdrawal | ($2.00) | | $19.16 |
| FLP | 1/23/2005 10:36:55 AM | ITS0123 | | | ITS Withdrawal | ($4.00) | | $21.16 |
| FLP | 1/23/2005 5:00:36 AM | 70124802 | | | Lockbox - CD | $25.00 | | $25.16 |
| FLP | 1/17/2005 4:38:41 PM | ITS0117 | | | ITS Withdrawal | ($3.00) | | $0.16 |
| FLP | 1/17/2005 11:07:25 AM | ITS0117 | | | ITS Withdrawal | ($2.00) | | $3.16 |
| FLP | 1/15/2005 9:41:52 AM | ITS0115 | | | ITS Withdrawal | ($1.00) | | $5.16 |
| FLP | 1/13/2005 5:51:24 PM | 115 | | | Sales | ($36.70) | | $6.16 |
| FLP | 1/12/2005 8:50:41 PM | ITS0112 | | | ITS Withdrawal | ($3.00) | | $42.86 |
| FLP | 1/12/2005 4:36:11 PM | ITS0112 | | | ITS Withdrawal | ($5.00) | | $45.86 |
| FLP | 1/11/2005 5:44:07 AM | 70124001 | | | Lockbox - CD | $50.00 | | $50.86 |
| FLP | 1/9/2005 5:49:18 PM | ITS0109 | | | ITS Withdrawal | ($2.00) | | $0.86 |
| FLP | 1/8/2005 12:17:16 PM | ITS0108 | | | ITS Withdrawal | ($3.00) | | $2.86 |
| FLP | 1/6/2005 5:33:53 PM | 157 | | | Sales | $0.00 | | $5.86 |
| FLP | 1/6/2005 5:31:50 PM | 156 | | | Sales | ($74.70) | | $5.86 |
| FLP | 1/5/2005 6:48:15 PM | ITS0105 | | | ITS Withdrawal | ($2.00) | | $80.56 |
| FLP | 1/4/2005 7:45:15 AM | 020021-5 | | | Payroll - UNICOR | $154.33 | | $159.72 |
| FLP | 1/4/2005 7:45:15 AM | 020038-5 | | | FRP Unicor Pymt | ($77.16) | | $82.56 |
| FLP | 1/1/2005 8:34:32 PM | ITS0101 | | | ITS Withdrawal | ($2.00) | | $5.39 |
| FLP | 12/31/2004 6:00:06 PM | ITS1231 | | | ITS Withdrawal | ($5.00) | | $7.39 |
| FLP | 12/31/2004 12:30:55 PM | ITS1231 | | | ITS Withdrawal | ($3.00) | | $12.39 |
| FLP | 12/29/2004 10:45:35 AM | ITS1229 | | | ITS Withdrawal | ($5.00) | | $15.39 |
| FLP | 12/29/2004 10:29:08 AM | 9 | | | Sales | ($34.85) | | $20.39 |
| FLP | 12/29/2004 9:47:30 AM | ITS1229 | | | ITS Withdrawal | ($5.00) | | $55.24 |
| FLP | 12/27/2004 5:03:48 AM | 70122903 | | | Lockbox - CD | $25.00 | | $60.24 |
| FLP | 12/21/2004 5:04:27 PM | ITS1221 | | | ITS Withdrawal | ($5.00) | | $35.24 |
| FLP | 12/21/2004 4:46:11 PM | ITS1221 | | | ITS Withdrawal | ($3.00) | | $40.24 |
| FLP | 12/20/2004 8:39:55 PM | ITS1220 | | | ITS Withdrawal | ($2.00) | | $43.24 |
| FLP | 12/20/2004 4:39:29 PM | ITS1220 | | | ITS Withdrawal | ($5.00) | | $45.24 |
| FLP | 12/19/2004 5:00:46 AM | 70122402 | | | Lockbox - CD | $50.00 | | $50.24 |
| FLP | 12/15/2004 6:42:54 PM | ITS1215 | | | ITS Withdrawal | ($1.00) | | $0.24 |
| FLP | 12/15/2004 5:36:15 PM | 17 | | | Sales | ($4.25) | | $1.24 |
| FLP | 12/14/2004 9:09:59 PM | ITS1214 | | | ITS Withdrawal | ($2.00) | | $5.49 |
| FLP | 12/8/2004 6:14:26 PM | ITS1208 | | | ITS Withdrawal | ($2.00) | | $7.49 |

| | | | | | |
|---|---|---|---|---|---|
| FLP | 12/8/2004 5:10:30 PM | 51 | Sales | ($70.30) | $9.49 |
| FLP | 12/5/2004 3:13:34 PM | ITS1205 | ITS Withdrawal | ($3.00) | $79.79 |
| FLP | 12/5/2004 10:52:48 AM | ITS1205 | ITS Withdrawal | ($4.00) | $82.79 |
| FLP | 12/4/2004 2:22:49 PM | ITS1204 | ITS Withdrawal | ($2.00) | $86.79 |
| FLP | 12/4/2004 12:06:22 PM | ITS1204 | ITS Withdrawal | ($2.00) | $88.79 |
| FLP | 12/2/2004 7:39:34 AM | 020018-5 | Payroll - UNICOR | $180.87 | $181.22 |
| FLP | 12/2/2004 7:39:34 AM | 020026-5 | FRP Unicor Pymt | ($90.43) | $90.79 |
| FLP | 11/10/2004 5:42:53 PM | 21 | Sales | ($6.75) | $0.35 |
| FLP | 11/3/2004 5:47:23 PM | 19 | Sales | ($73.65) | $7.10 |
| FLP | 11/2/2004 5:29:48 PM | ITS1102 | ITS Withdrawal | ($2.00) | $80.75 |
| FLP | 11/2/2004 8:14:09 AM | 020001-5 | Payroll - UNICOR | $164.09 | $164.79 |
| FLP | 11/2/2004 8:14:09 AM | 020016-5 | FRP Unicor Pymt | ($82.04) | $82.75 |
| FLP | 10/23/2004 10:56:43 AM | ITS1023 | ITS Withdrawal | ($2.00) | $0.70 |
| FLP | 10/14/2004 8:44:50 PM | ITS1014 | ITS Withdrawal | ($2.00) | $2.70 |
| FLP | 10/10/2004 6:01:28 PM | ITS1010 | ITS Withdrawal | ($2.00) | $4.70 |
| FLP | 10/8/2004 7:21:06 PM | ITS1008 | ITS Withdrawal | ($4.00) | $6.70 |
| FLP | 10/6/2004 9:18:46 PM | ITS1006 | ITS Withdrawal | ($2.00) | $10.70 |

1 2

**Total Transactions: 96**

**Totals: ($1.26) $0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLP | $19.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.16 |
| **Totals:** | **$19.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$19.16** |

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 05021090 | **Current Institution:** | Florence USP |
| **Inmate Name:** | HOLBROOK, STEVEN | **Housing Unit:** | D |
| **Report Date:** | 01/26/2005 | **Living Quarters:** | D04-223L |
| **Report Time:** | 7:20:08 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLP | 1/24/2005 4:28:16 PM | ITS0124 | | | ITS Withdrawal | ($2.00) | | $19.16 |
| FLP | 1/23/2005 10:36:55 AM | ITS0123 | | | ITS Withdrawal | ($4.00) | | $21.16 |
| FLP | 1/23/2005 5:00:36 AM | 70124802 | | | Lockbox - CD | $25.00 | | $25.16 |
| FLP | 1/17/2005 4:38:41 PM | ITS0117 | | | ITS Withdrawal | ($3.00) | | $0.16 |
| FLP | 1/17/2005 11:07:25 AM | ITS0117 | | | ITS Withdrawal | ($2.00) | | $3.16 |
| FLP | 1/15/2005 9:41:52 AM | ITS0115 | | | ITS Withdrawal | ($1.00) | | $5.16 |
| FLP | 1/13/2005 5:51:24 PM | 115 | | | Sales | ($36.70) | | $6.16 |
| FLP | 1/12/2005 8:50:41 PM | ITS0112 | | | ITS Withdrawal | ($3.00) | | $42.86 |
| FLP | 1/12/2005 4:36:11 PM | ITS0112 | | | ITS Withdrawal | ($5.00) | | $45.86 |
| FLP | 1/11/2005 5:44:07 AM | 70124001 | | | Lockbox - CD | $50.00 | | $50.86 |
| FLP | 1/9/2005 5:49:18 PM | ITS0109 | | | ITS Withdrawal | ($2.00) | | $0.86 |
| FLP | 1/8/2005 12:17:16 PM | ITS0108 | | | ITS Withdrawal | ($3.00) | | $2.86 |
| FLP | 1/6/2005 5:33:53 PM | 157 | | | Sales | $0.00 | | $5.86 |
| FLP | 1/6/2005 5:31:50 PM | 156 | | | Sales | ($74.70) | | $5.86 |
| FLP | 1/5/2005 6:48:15 PM | ITS0105 | | | ITS Withdrawal | ($2.00) | | $80.56 |
| FLP | 1/4/2005 7:45:15 AM | 020021-5 | | | Payroll - UNICOR | $154.33 | | $159.72 |
| FLP | 1/4/2005 7:45:15 AM | 020038-5 | | | FRP Unicor Pymt | ($77.16) | | $82.56 |
| FLP | 1/1/2005 8:34:32 PM | ITS0101 | | | ITS Withdrawal | ($2.00) | | $5.39 |
| FLP | 12/31/2004 6:00:06 PM | ITS1231 | | | ITS Withdrawal | ($5.00) | | $7.39 |
| FLP | 12/31/2004 12:30:55 PM | ITS1231 | | | ITS Withdrawal | ($3.00) | | $12.39 |
| FLP | 12/29/2004 10:45:35 AM | ITS1229 | | | ITS Withdrawal | ($5.00) | | $15.39 |
| FLP | 12/29/2004 10:29:08 AM | 9 | | | Sales | ($34.85) | | $20.39 |
| FLP | 12/29/2004 9:47:30 AM | ITS1229 | | | ITS Withdrawal | ($5.00) | | $55.24 |
| FLP | 12/27/2004 5:03:48 AM | 70122903 | | | Lockbox - CD | $25.00 | | $60.24 |
| FLP | 12/21/2004 5:04:27 PM | ITS1221 | | | ITS Withdrawal | ($5.00) | | $35.24 |
| FLP | 12/21/2004 4:46:11 PM | ITS1221 | | | ITS Withdrawal | ($3.00) | | $40.24 |
| FLP | 12/20/2004 8:39:55 PM | ITS1220 | | | ITS Withdrawal | ($2.00) | | $43.24 |
| FLP | 12/20/2004 4:39:29 PM | ITS1220 | | | ITS Withdrawal | ($5.00) | | $45.24 |
| FLP | 12/19/2004 5:00:46 AM | 70122402 | | | Lockbox - CD | $50.00 | | $50.24 |
| FLP | 12/15/2004 6:42:54 PM | ITS1215 | | | ITS Withdrawal | ($1.00) | | $0.24 |
| FLP | 12/15/2004 5:36:15 PM | 17 | | | Sales | ($4.25) | | $1.24 |
| FLP | 12/14/2004 9:09:59 PM | ITS1214 | | | ITS Withdrawal | ($2.00) | | $5.49 |
| FLP | 12/8/2004 6:14:26 PM | ITS1208 | | | ITS Withdrawal | ($2.00) | | $7.49 |

| | | | | | |
|---|---|---|---|---|---|
| FLP | 12/8/2004 5:10:30 PM | 51 | Sales | ($70.30) | $9.49 |
| FLP | 12/5/2004 3:13:34 PM | ITS1205 | ITS Withdrawal | ($3.00) | $79.79 |
| FLP | 12/5/2004 10:52:48 AM | ITS1205 | ITS Withdrawal | ($4.00) | $82.79 |
| FLP | 12/4/2004 2:22:49 PM | ITS1204 | ITS Withdrawal | ($2.00) | $86.79 |
| FLP | 12/4/2004 12:06:22 PM | ITS1204 | ITS Withdrawal | ($2.00) | $88.79 |
| FLP | 12/2/2004 7:39:34 AM | 020018-5 | Payroll - UNICOR | $180.87 | $181.22 |
| FLP | 12/2/2004 7:39:34 AM | 020026-5 | FRP Unicor Pymt | ($90.43) | $90.79 |
| FLP | 11/10/2004 5:42:53 PM | 21 | Sales | ($6.75) | $0.35 |
| FLP | 11/3/2004 5:47:23 PM | 19 | Sales | ($73.65) | $7.10 |
| FLP | 11/2/2004 5:29:48 PM | ITS1102 | ITS Withdrawal | ($2.00) | $80.75 |
| FLP | 11/2/2004 8:14:09 AM | 020001-5 | Payroll - UNICOR | $164.09 | $164.79 |
| FLP | 11/2/2004 8:14:09 AM | 020016-5 | FRP Unicor Pymt | ($82.04) | $82.75 |
| FLP | 10/23/2004 10:56:43 AM | ITS1023 | ITS Withdrawal | ($2.00) | $0.70 |
| FLP | 10/14/2004 8:44:50 PM | ITS1014 | ITS Withdrawal | ($2.00) | $2.70 |
| FLP | 10/10/2004 6:01:28 PM | ITS1010 | ITS Withdrawal | ($2.00) | $4.70 |
| FLP | 10/8/2004 7:21:06 PM | ITS1008 | ITS Withdrawal | ($4.00) | $6.70 |
| FLP | 10/6/2004 9:18:46 PM | ITS1006 | ITS Withdrawal | ($2.00) | $10.70 |

1 2

**Total Transactions: 96**

**Totals:** **($1.26)** **$0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLP | $19.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.16 |
| **Totals:** | **$19.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$19.16** |