UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-357(ADM/AJB)
CIVIL NO. 05-201(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| STEVEN LAMARRE HOLBROOK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-357(ADM/AJB)

Defendant Name

STEVEN LAMARRE HOLBROOK

Remove AUSA

Paul A. Murphy

Add AUSA

Michael W. Ward

Dated: February 7, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy
BY: PAUL A. MURPHY
Assistant U.S. Attorney
Attorney ID No. 154325