UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 05-201 (ADM)
Cr. No. 01-357 (ADM)

| | |
|---|---|
| STEVEN LAMARRE HOLBROOK,<br><br>Defendant-Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent. | MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION PURSUANT TO 28 U.S.C. § 2255 |

The United States of America, appearing through its attorneys, Thomas B. Heffelfinger, United Attorney for the District of Minnesota, and Michael W. Ward, Assistant United States Attorney, hereby moves the Court for an enlargement of time in which to respond to Holbrook's motion for to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The government's response is due on March 7, 2005. However, due to the undersigned's caseload and trial schedule, the government respectfully requests an extension to, and including, March 21, 2005, to prepare and file its response.

Respectfully submitted,

Dated: March 7, 2005.

THOMAS B. HEFFELFINGER
United States Attorney

s/ Michael W. Ward
BY: MICHAEL W. WARD
Assistant U.S. Attorney
Attorney ID No. 190755