UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 05-201 (ADM)
Cr. No. 01-357 (ADM)

STEVEN LAMARRE HOLBROOK,
Defendant-Petitioner,
v.
UNITED STATES OF AMERICA,
Plaintiff-Respondent.

ORDER

The above-entitled matter is before the undersigned United States Judge, pursuant to Plaintiff-Respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until March 21, 2005, in which to respond to Defendant-Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Dated: March 8, 2005

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT