UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-357 (ADM/AJB)
Civil No. 05-201 (ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| STEVEN LAMARRE HOBROOK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-357 (ADM/AJB)

Defendant Name

Steven Lamarre Holbrook

Remove AUSA

Michael W. Ward

Add AUSA

Clifford B. Wardlaw

Dated: March 21, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Paul Murphy

BY: PAUL A. MURPHY
Assistant U.S. Attorney
Attorney ID No. 154325