**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. 2255**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Steven Lamare Holbrook
Reg. # 05021-09
U.S Penitentiary
P.O. Box 7000
Florence, Co 81226

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt

BY: LISA WYATT
Legal Assistant