RECEIVED
BY MAIL
APR 0 7 2005
CLERK, US DIST. COURT
ST. PAUL, MN

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

STEVEN LAMARRE HOLBROOK, :
Petitioner,

Crim. No. 01-357(ADM/AJB)

: Civ. No. 05-201(ADM)

V

UNITED STATES OF AMERICA, :
Respondent.

:

:

**PETITION FOR ENLARGEMENT OF TIME**

In This Matter appearing before the court, Petitioner receipt the government's motion in opposition to his pending motion under 28 U.S.C. § 2255 on 03/29/03.

Now Comes Steven Lamarre Holbrook, Petitioner, pro se litigant, hereby respectfully moves this court's jurisdiction pursuant to Rule 45(b) of Fed. R. Crim. Proc. for reasons that are set forth as follows:

(1), Rule 45(b) provides in relevant part that:

"(b) when an act is required or allowed to be done at or within a specified time , the court for cause shown may at any time in its discretion(1) with or without motion or notice, order the period enlarged if request therefor is made before the expirat-

SCANNED
APR 0 7 2005
U.S. DISTRICT COURT ST. PAUL

ion of the period originally prescribed or as extended by a previous order or (2) upon motion made after the expiration of the specified period permit the act to be done if the failure to act was an excusable neglect."

(2), This act moves with the aid and assistance of an inmate under the guides that are permitted by **Johnson V. Avery**, 393 U.S. 483, 21 L.Ed 2d 718, 89 S.Ct. 747. Where the Supreme Court hold that an inmate/prisoner may assist another inmate.

(3), Mr. Holbrook prior to my assisting him was being assisted by an inmate that has been placed in Special Housing Units for disciplinary reasons and will be transferred for the alleged acts.

(4), Mr. Holbrook on 03 / 27/ 05 sought my assistance regarding a Rebuttle petition , and inorder that I may properly respond to the government's response I'm going to need additional time in which to response.

(5), Mr. Holbrook understands that I am not an attorney, and further understand that I am not a paralegal, there is no charge for my assistance in the preparation of the Rebuttle Petition .

(6), I, Tony Edward Powell, with my prison registry number being #61525-080 hereby duly depose and state: I am currently in custody of B.O.P. Florence(USP) in Florence Colorado , I swear and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I am assisting Mr. Holbrook in the preparation of his petition in opposition of the government's response, titled as Rebuttle motion/petition.

(7), I am layman , not fully abreast of the law and legal terminology, the only experience that I do have is preparing my own 28 U.S.C. §2255, and responses thereafter.

Si/ [signature]

Tony Edward Powell, # 61525- 080
United States Penitentiary
P.O. Box 7000
Florence, Colorado 81226

Si/ [signature]

Steven Holbrook, # 05021-090
United States Penitentiary
P.O. Box 7000
Florence, Colorado 81226