# CERTIFICATE OF SERVICE

I, STEVEN L. HOLBROOK hereby certify that I have served a true and correct copy of the following:

Petition for Enlargement of time

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L. Ed. 2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

and deposited same in the United States Postal Mail at the United States Penitentiary, on this: 31st day of: MARCH 2005.

[signature]

STEVEN L. HOLBROOK