Hi Steve! :)

RECEIVED
BY MAIL
MAY - 2 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**Dawn Belland**

**From:** Jessie Bell [beldo2005@yahoo.com]
**Sent:** Tuesday, December 28, 2004 1:16 PM
**To:** dbelland@kw.com
**Subject:** more on bipolar

**Bipolar Disorder**
A detailed booklet that describes symptoms, causes, and treatments, with information on getting help and coping.

Date: 2001

**What do you want to do?**

- Read now
- Download the PDF file
- E-mail to a friend
- Print this document
- Order through the mail
- See related items
- Browse all health information

Bipolar Disorder

•Introduction •What Are the Symptoms of Bipolar Disorder? •Suicide •What Is the Course of Bipolar Disorder? •Can Children and Adolescents Have Bipolar Disorder? •What Causes Bipolar Disorder? •How Is Bipolar Disorder Treated? •Do Other Illnesses Co-occur with Bipolar Disorder? •How Can Individuals and Families Get Help for Bipolar Disorder? •What About Clinical Studies for Bipolar Disorder? •For More Information •References

---

## Introduction

Bipolar disorder, also known as manic-depressive illness, is a brain disorder that causes unusual shifts in a person's mood, energy, and ability to function. Different from the normal ups and downs that everyone goes through, the symptoms of bipolar disorder are severe. They can result in damaged relationships, poor job or school performance, and even suicide. But there is good news: bipolar disorder can be treated, and people with this illness can lead full and productive lives.

More than 2 million American adults,[1] or about ! percent of the population age 18 and older in any given year,[2] have bipolar disorder. Bipolar disorder typically develops in late adolescence or early adulthood. However, some people have their first symptoms during childhood, and some develop them late in life. It is often not recognized as an illness, and people may suffer for years before it is properly diagnosed and treated. Like diabetes or heart disease, bipolar disorder is a long-term illness that must be carefully managed throughout a person's life.

> "Manic-depression distorts moods and thoughts, incites dreadful behaviors, destroys the basis of rational thought, and too often erodes the desire and will to live. It is an illness that is biological in its origins, yet one that feels psychological in the experience of it; an illness that is unique in conferring advantage and pleasure, yet one that brings in its wake almost unendurable suffering and, not infrequently, suicide."

> "I am fortunate that I have not died from my illness, fortunate in having received the best medical

SCANNED
MAY 0 2 2005
U.S. DISTRICT COURT ST. PAUL

## What Causes Bipolar Disorder?

Scientists are learning about the possible causes of bipolar disorder through several kinds of studies. Most scientists now agree that there is no single cause for bipolar disorder□rather, many factors act together to produce the illness.

Because bipolar disorder tends to run in families, researchers have been searching for specific genes□the microscopic "building blocks" of DNA inside all cells that influence how the body and mind work and grow□passed down through generations that may increase a person's chance of developing the illness. But genes are not the whole story. Studies of identical twins, who share all the same genes, indicate that both genes and other factors play a role in bipolar disorder. If bipolar disorder were caused entirely by genes, then the identical twin of someone with the illness would *always* develop the illness, and research has shown that this is not the case. But if one twin has bipolar disorder, the other twin is more likely to develop the illness than is another sibling.[7]

In addition, findings from gene research suggest that bipolar disorder, like other mental illnesses, does not occur because of a single gene.[8] It appears likely that many different genes act together, and in combination with other factors of the person or the person's environment, to cause bipolar disorder. Finding these genes, each of which contributes only a small amount toward the vulnerability to bipolar disorder, has been extremely difficult. But scientists expect that the advanced research tools now being used will lead to these discoveries and to new and better treatments for bipolar disorder.

Brain-imaging studies are helping scientists learn what goes wrong in the brain to produce bipolar disorder and other mental illnesses.[9,10] New brain-imaging techniques allow researchers to take pictures of the living brain at work, to examine its structure and activity, without the need for surgery or other invasive procedures. These techniques include magnetic resonance imaging (MRI), positron emission tomography (PET), and functional magnetic resonance imaging (fMRI). There is evidence from imaging studies that the brains of people with bipolar disorder may differ from the brains of healthy individuals. As the differences are more clearly identified and defined through research, scientists will gain a better understanding of the underlying causes of the illness, and eventually may be able to predict which types of treatment will work most effectively.

---

## How Is Bipolar Disorder Treated?

Most people with bipolar disorder□even those with the most severe forms□can achieve substantial stabilization of their mood swings and related symptoms with proper treatment.[11,12,13] Because bipolar disorder is a recurrent illness, long-term preventive treatment is strongly recommended and almost always indicated. A strategy that combines medication and psychosocial treatment is optimal for managing the disorder over time.

In most cases, bipolar disorder is much better controlled if treatment is continuous than if it is on and off. But even when there are no breaks in treatment, mood changes can occur and should be reported immediately to your doctor. The doctor may be able to prevent a full-blown episode by making adjustments to the treatment plan. Working closely with the doctor and communicating openly about treatment concerns and options can make a difference in treatment effectiveness.

In addition, keeping a chart of daily mood symptoms, treatments, sleep patterns, and life events may help people with bipolar disorder and their families to better understand the illness. This chart also can help the doctor track and treat the illness most effectively.

- The Change You Deserve(TM)
- About Your Condition
- Diagnosis & Treatment
- How an SNRI Is Thought to Work
- Your Next Doctor Visit

**Related Resources**

- Women's Resources
- Weight Loss Center
- Fitness Center
- Cancer Center
- HIV/ AIDS Resources
- Arthritis & Pain Center
- Sleep Disorders Health Center
- Back Pain Center
- Psychiatry Clinical Trials
- Depression Drugs

**Features & Tools**

Ask The Expert

Health Insurance Guide

**Multimedia Gallery**

- What is Depression and How is it Treated?
- Overcoming Depression: Treatment Strategies
- Overcoming Anxiety
- More

pleasurable, but may have dire consequences (e.g., spending sprees)
- Decreased need for sleep (person feels rested after 3 hours of sleep)
- Patient may be more talkative than usual or may feel pressured to speak
- Easily agitated or irritated
- Lack of self-control

In hypomanic episodes, symptoms are similar, but fewer and/or less intense. Delusions, (false beliefs based on incorrect information about external reality) if present, may be congruent with mood (such as delusions of grandeur, or a sense of special powers and abilities).

In the depressive phase patients may experience:

- Persistent sadness and depressed mood
- Feelings of hopelessness, worthlessness, pessimism, and "emptiness"
- Loss of interest or pleasure in activities that were once enjoyed, including sex
- Sleep disturbances
- Psychomotor retardation or agitation
- Withdrawal
- Feelings of guilt and worthlessness
- Fatigue
- Overwhelming sluggishness
- Difficulty concentrating, remembering, or making decisions
- Loss of appetite and/or weight loss, or overeating and weight gain
- Thoughts of death or suicide

If delusions are present, they may be congruent with mood (such as delusions of worthlessness or accusing voices). In "atypical depression," patients sleep more than usual and have increased appetite.

Signs and tests

A psychiatric history of mood swings, and observation of current behavior and mood are important in the diagnosis of this disorder. A family history of manic-depressive illness may be present. A physical examination may be performed to rule out physical causes for the symptoms or potentially drug-induced symptoms.

Treatment

Hospitalization may be required during an acute phase to control the symptoms and to ensure safety of individuals. Medications to alleviate acute symptoms may include: