## CERTIFICATE OF SERVICE

I, Steven Lamarre Holbrook, do hereby certify that on this 26th day of April, 2005, that I did provide service of the required copy of my traverse to the governments response of my 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence..., by placing such in the institution legal mailbox, located at U.S.P. Florence, Florence, Colorado, P.). Box 7000 [81226]. Said motion was mailed out with first-class postage, to the address listed below:

Assistant U.S. Attorney
Clifford B. Wardlow
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN. 55415

Steven Lamarre Holbrook
Reg. No. 05021-090
U.S. Penitentiary
P.O. Box 7000
Florence, Colorado 81226

(Movant - Pro Se)

RECEIVED
BY MAIL
MAY - 2 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
MAY 02 2005
U.S. DISTRICT COURT ST. PAUL